

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-9-2011

# Amica Mutual Ins Co v. Edward Fogel

Precedential or Non-Precedential: Precedential

Docket No. 10-3611

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Amica Mutual Ins Co v. Edward Fogel" (2011). *2011 Decisions.* Paper 18.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/18

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3611
_____

AMICA MUTUAL INSURANCE COMPANY

v.

EDWARD FOGEL, Individually and as Guardians Ad Litem of Marcy Fogel
and Carrie Fogel, and as Administrators of the Estate of Melissa Fogel;
MAUREEN FOGEL, Individually and as Guardians Ad Litem of Marcy Fogel
and Carrie Fogel, and as Administrators of the Estate of Melissa Fogel,
Appellants
_____

On Appeal from the United States District Court
For the Middle District of Pennsylvania
(D.C. Civil Action No. 1-09-cv-00674)
District Judge:  Honorable John E. Jones, III
_____

Argued March 8, 2011
_____

Before:  SCIRICA, AMBRO, and VANASKIE, Circuit Judges

(Opinion filed September 8, 2011)

**<u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>**

AMBRO, <u>Circuit Judge</u>

IT IS NOW ORDERED that the published Opinion in the above case filed September 8, 2011, be amended as follows:

On page 6, last paragraph, line 6 change "8317" to "8371".

By the Court,
/s/ <u>Thomas L. Ambro,</u> Circuit Judge

Dated:      December 9, 2011